## MURRAY *against* HOUSE.

*A verbal authority to an attorney, to appear in a cause, is not sufficient to enable him to release the interest of a witness.*

IN ERROR, on *certiorari*, from a justice's court. *House* sued *Murray* before the justice ; *C. H.* was offered as a witness for the plaintiff below, and objected to by the defendant, as *interested.*

The defendant proved the interest to the satisfaction of the justice. The plaintiff's attorney (who, the justice said, appeared by a verbal power from the plaintiff) then released the interest of the witness, and the justice then decided that he was competent, and upon his testimony alone gave judgment against *Murray* for 20 dollars damages, with costs.

*Per Curiam.* A *parol* request to the attorney to appear for the party in a suit, is no authority to release the interest of a witness ; and the judgment ought to be reversed.

Judgment reversed.